AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

United States of America
v.
TRENTON TOUCH

*Defendant(s)*

Case No. 26-8454-PGL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 21, 2026 in the county of Middlesex in the District of Massachusetts, the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 USC 871 | Threat to Kill the President |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Alistair Brockmeyer /by Paul G. Levenson
*Complainant's signature*

Special Agent Alistair Brockmeyer
*Printed name and title*

Attested to by the Complainant by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: October 29, 2026

*Judge's signature*

City and state: Boston, Massachusetts

Honorable Paul G. Levenson
*Printed name and title*

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS