JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** ____ **Category No.** II **Investigating Agency** FBI

**City** Tewksbury

**County** Middlesex

**Related Case Information:**

Superseding Ind./ Inf. ____ Case No. ____

Same Defendant ____ New Defendant ____

Magistrate Judge Case Number ____

Search Warrant Case Number 26-8359-8361-PGL; 26-8444-8445-PGL

R 20/R 40 from District of ____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number ____ ☐ Yes ☐ No

Defendant Name Trenton Touch Juvenile: ☐ Yes ☐ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No

Alias Name: ____

Address: Tewksbury, MA

Birth date (Yr only): 2008 SSN (last 4#): 1434 Sex: M Race Caucasian Nationality: USA

**Defense Counsel if known:** ____ Address: ____

Bar Number: ____

**U.S. Attorney Information**

AUSA: Christopher Looney Bar Number if applicable: 676187

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ____

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:** Detained by State

**Arrest Date:** October 29, 2026

☐ Already in Federal Custody as of ____ in ____.

☑ Already in State Custody at Tewksbury ☐ Serving Sentence ☑ Awaiting Trial

☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 10/29/2026 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Trenton Touch

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 871 | Threat to Kill the President | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**